# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ERICKA PARR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION (AMTRAK), )<br>)<br>Defendant. ) | Civil Action No.: 1:17-cv-00667 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff, Ericka Parr, and Defendant, National Railroad Passenger Corporation (AMTRAK), that the above-captioned matter be, and the same hereby is dismissed with prejudice each party to bear their own costs.

Respectfully Submitted,

*/s/ Daniel R. Francis*
Daniel R. Francis #44131
CRUMLEY ROBERTS, LLP
2400 Freeman Mill Road, Suite 200
Greensboro, NC 27406
Tel: (336)333-9899
DRFrancis@CrumleyRoberts.com

P. Matthew Darby, Esq.
H. David Leibensperger, Esq.
BERMAN, SOBIN, GROSS,
FELDMAN & DARBY, LLP
1301 York Road, Suite 600
Lutherville, Maryland 21093
Phone: (410) 769-5400
Fax: (410) 769-9201
pmdarby@bsgfdlaw.com
hdavid@bsgfdlaw.com

*Counsel for Plaintiff*

*/s/ William W. Stewart, Jr.*
William W. Stewart, Jr., NC Bar No. 21059
Millberg Gordon Stewart PLLC
1101 Haynes Street, Suite 104
Raleigh, NC 27604
Tel: (919)836-0090
bstewart@mgsattorneys.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Daniel R. Francis, certify that on this 19th day of June, 2018, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic service in this case.

*/s/ Daniel R. Francis*
Daniel R. Francis